**CT Corporation**

**Service of Process Transmittal**
06/29/2021
CT Log Number 539817120

| | |
|---|---|
| **TO:** | Laura Aznavoorian, Litigation Supervisor<br>Gallagher Bassett Services, Inc.<br>1901 S. Meyers Rd, Suite 200C<br>Oakbrook Terrace, IL 60181 |
| **RE:** | **Process Served in Georgia** |
| **FOR:** | Costco Wholesale Corporation  (Domestic State: WA) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | MARY BAKER, PLTF. vs. Costco Wholesale Corporation, et al., Dfts. |
| **DOCUMENT(S) SERVED:** | -- |
| **COURT/AGENCY:** | None Specified<br>Case # 21C04725S2 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Lawrenceville, GA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 06/29/2021 at 13:15 |
| **JURISDICTION SERVED:** | Georgia |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **REMARKS:** | The documents received have been modified to reflect the name of the entity being served. |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 06/29/2021, Expected Purge Date: 07/14/2021<br><br>Image SOP<br><br>Email Notification,  Laura Aznavoorian  laura_aznavoorian@gbtpa.com<br><br>Email Notification,  Zois Johnston  zjohnston@costco.com<br><br>Email Notification,  Maureen Papier  maureen_papier@gbtpa.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>289 S. Culver St.<br>Lawrenceville, GA 30046<br>866-665-5799<br>SouthTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other

Page 1 of  2 / NK


**CT Corporation**

**Service of Process Transmittal**
06/29/2021
CT Log Number 539817120

**TO:** Laura Aznavoorian, Litigation Supervisor
Gallagher Bassett Services, Inc.
1901 S. Meyers Rd, Suite 200C
Oakbrook Terrace, IL 60181

**RE:** **Process Served in Georgia**

**FOR:** Costco Wholesale Corporation  (Domestic State: WA)

advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
**21-C-04725-S**
6/28/2021 12:52 PM
TIANA P. GARNER, CLERK

## IN THE STATE COURT OF GWINNETT COUNTY

## STATE OF GEORGIA

**Mary Baker**

PLAINTIFF

CIVIL ACTION NUMBER: 21-C-04725-S2

vs.

**Costco Wholesale Corporation**

**XYZ Corporations 1-5**

DEFENDANT

## SUMMONS

**TO THE ABOVE NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

Mathew K. Titus, Esq.
Titus Smith, LLC
5755 North Point Parkway, Suite 88
Alpharetta, GA 30022

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This **28TH** day of **JUNE**, 20**21**.

Tiana P. Garner
Clerk of State Court

By _____
Deputy Clerk

**INSTRUCTIONS:** Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

SC-1 Rev. 2011

**General Civil and Domestic Relations Case Filing Information Form**

☐ Superior or ☒ State Court of __Gwinnett_____ County

CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
21-C-04725-S
6/28/2021 12:52 PM
TIANA P. GARNER, CLERK

| For Clerk Use Only | |
|---|---|
| Date Filed _____ MM-DD-YYYY | Case Number __21-C-04725-S2__ |

**Plaintiff(s)**
Baker Mary
Last | First | Middle I. | Suffix | Prefix

**Defendant(s)**
Costco Wholesale Corporation
Last | First | Middle I. | Suffix | Prefix

XYZ Corporations 1-5
Last | First | Middle I. | Suffix | Prefix

Plaintiff's Attorney __Mathew K. Titus__  Bar Number __479107__  Self-Represented ☐

**Check One Case Type in One Box**

**General Civil Cases**
- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contract
- ☐ Garnishment
- ☒ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☐ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Dissolution/Divorce/Separate Maintenance
- ☐ Family Violence Petition
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

**Post-Judgment – Check One Case Type**
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Modification
- ☐ Other/Administrative

☐ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

_____  _____
Case Number      Case Number

☒ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is an interpreter needed in this case? If so, provide the language(s) required. _____
Language(s) Required

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.
_____

Version 1.1.18

CLERK OF STATE COUR
GWINNETT COUNTY, GEORGI
**21-C-04725-S**
6/28/2021 12:52 PI
TIANA P. GARNER, CLER

IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | |
|---|---|
| MARY BAKER,<br><br>　　　　Plaintiff,<br>v.<br><br>COSTCO WHOLESALE<br>CORPORATION and XYZ<br>CORPORATIONS 1-5,<br><br>　　　　Defendants. | JURY TRIAL DEMANDED<br><br>CIVIL ACTION FILE<br>　　　21-C-04725-S2<br>NO. _____ |

## COMPLAINT FOR DAMAGES

Mary Baker, Plaintiff in the above-styled civil action, files her Complaint against Defendants and shows this Court as follows:

### PARTIES AND JURISDICTION

1.

Plaintiff is a citizen of the State of Georgia.

2.

Defendant Costco Wholesale Corporation (hereinafter referred to as "Defendant") is a corporation that is organized under the laws of Georgia, is/was authorized to do business in Georgia, had/has offices in Georgia, is subject to the jurisdiction of this Court for purposes of this lawsuit, and may be served through its registered agent for service of process, C T Corporation System, 289 S Culver Street, Lawrenceville, GA 30046.

3.

Defendants XYZ Corporation 1-5 are persons or entities who may be liable to Plaintiff for some or all of the injuries claimed but whose identities are presently unknown to Plaintiff. Defendants XYZ Corporation 1-5 may be served with Summons and a copy of this Complaint as provided by law.

EXHIBIT
A

4.

Venue in this case is proper in this County and Court under O.C.G.A. § 14-2-510 because the Defendants have their registered offices in Gwinnett County, Georgia.

## STATEMENT OF FACTS

5.

Upon information and belief, Defendant is the owner/occupier of the premises in issue.

6.

On or around July 5, 2019, Plaintiff went to Costco Wholesale Town Center Warehouse located at 645 Barrett Parkway NW, Kennesaw, GA 30144.

7.

While Plaintiff was grocery shopping she slipped and fell in the produce area.

## COUNT ONE – NEGLIGENCE

8.

Plaintiff realleges and incorporates by reference paragraphs 1 through 7 above as if they were fully restated verbatim herein.

9.

As the owner/occupier of the premises at issue Defendants owed Plaintiff a duty to exercise ordinary care to keep the premises safe and to warn Plaintiff of any hazardous conditions which Defendants were or should have been aware of.

10.

Prior to the incident in issue, Defendant knew, or in the exercise of reasonable care should have known, about the water on the ground and should have put a caution sign to warn its customers. The produce area was not maintained properly resulting in injury to the Plaintiff.

11.

Despite exercising reasonable care for her own safety, Plaintiff did not know that there was an unsafe condition.

12.

Defendants violated the duties they owed to Plaintiff in the following:

a. In failing to warn Plaintiff of the hazard;

b. In failing to provide any kind of warnings indicating that there was water on the floor;

c. In failing to maintain the store and floors in a manner that was safe for use;

d. In failing to properly inspect the area in question so that it was safe for normal use; and

e. In committing other negligent and reckless acts and omissions as may be shown by the evidence and proven at trial.

13.

As a direct and proximate result of the breaches of duty by Defendant, Plaintiff suffered injuries and damages, including medical and other necessary expenses, and mental and physical pain and suffering. These injuries are permanent, and, in the future, Plaintiff will suffer medical and other necessary expenses, and mental and physical pain and suffering.

14.

Due to the foregoing, Plaintiff is entitled to recover compensatory and other damages from Defendant in an amount to be proven at trial.

## COUNT TWO – GROSS NEGLIGENCE

15.

Plaintiff realleges and incorporates by reference paragraphs 1 through 14 above as if they were fully restated verbatim herein.

16.

Furthermore, the actions of Defendants as set forth above constitute gross negligence pursuant to Georgia Common Law and O.C.G.A. §51-1-4. Georgia law defines gross negligence as the absence of "slight diligence." As the owner/occupier of the premises at issue, Defendants owed Plaintiff the same duty of care in the maintenance of their property that "every man of

common sense, however inattentive he may be, would exercise under the same or similar circumstances."

17.

In addition, as the facts describe above, the Defendants were grossly negligent as they exhibited a severe degree of negligence taken as reckless disregard so as to be a conscious violation of other people's rights to safety.

18.

As a direct and proximate result of Defendants' gross negligence, Plaintiff suffered injuries and damages, including medical and other necessary expenses, and mental and physical pain and suffering. These injuries are permanent, and, in the future, Plaintiff will suffer medical and other necessary expenses, and mental and physical pain and suffering.

19.

Due to the foregoing, Plaintiff is entitled to recover compensatory and other damages from Defendants in an amount to be proven at trial.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff respectfully pray and demand as follows:

1) That Process and Summons issue, as provided by law, requiring Defendant to appear and answer Plaintiff's Complaint;
2) That service be had upon Defendants as provided by law;
3) Under Count One and under Count Two, that the Court award and enter a judgment in favor of Plaintiff and against Defendant, jointly and severally, for damages in an amount to be proven at trial;
4) That Plaintiff have a trial by a jury as to all issues; and,
5) That Plaintiff have such other and further relief as the Court may deem just and proper.

This 28th day of June 2021.

Respectfully submitted,

TITUS SMITH, LLC
*/s/ Mathew K. Titus*

                          MATHEW K. TITUS
                          Georgia Bar No. 479107
                          BRANDON SMITH
                          Georgia Bar No.: 732793
                          **Counsel for Plaintiff**

TITUS SMITH, LLC
5755 North Point Parkway, Suite 88
Alpharetta, Georgia 30022
Telephone:  770.416.8426
Facsimile:   770.350.0106
mktitus@titus-smith.com
bsmith@titus-smith.com